**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>A. JARAMILLO, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-00661-EPG<br><br>**ORDER DENYING MOTION FOR AMENDED COMPLAINT TO BE RESCREENED AS MOOT**<br><br>(ECF No. 23) |

On June 15, 2020, Plaintiff Mark Anthony Brown filed a motion entitled "Motion for Amended Complaint to be Rescreened by Magistrate Judge." (ECF No. 23). Plaintiff's request was "that this amended claim be screened, and that Plaintiff not be recharged another court fee . . . ." (*Id*. at 2).

Plaintiff appears to have drafted his motion on June 7, 2020. (*Id.* at 3) (date of signature). The day after, the Court screened Plaintiff's complaint. (ECF No. 20). The Court has not charged Plaintiff a second filing fee; rather, the case is proceeding with the amended complaint. (*Id.* at 1 n.1) ("The Court notes that the events in the first amended complaint do not relate to those in the original complaint. However, in the interests of justice, the Court will accept the first amended complaint.").

Plaintiff has already received his requested relief. The motion (ECF No. 23) is therefore DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **June 16, 2020**                               /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2