UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>F. RODRIGUEZ, et al.,<br><br>Defendants. | No. 1:20-cv-00661-NONE-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 39) |

On December 29, 2020, Plaintiff Mark Anthony Brown ("Plaintiff") filed a motion requesting an early settlement conference. (ECF No. 39). The Court had previously set a settlement conference (ECF No. 36) but, after Plaintiff stated the conference would be futile, (ECF No. 37), vacated it, (ECF No. 38). Plaintiff now believes that the conference would be helpful and not futile. (ECF No. 39). Defendants agree and request a new date for the settlement conference. (ECF No. 40). The Court GRANTS Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that counsel for Defendants shall contact the courtroom deputy for Magistrate Judge Sheila K. Oberto at WKusamura@caed.uscourts.gov within seven (7) days to schedule a date for such conference.

IT IS SO ORDERED.

Dated:  **January 4, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1