UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>F. RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00661-NONE-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 46) |

On October 22, 2020, the Court set a scheduling conference in this action. (ECF. No. 36). In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (*Id.*). On January 20, 2021, the Court continued the scheduling conference. (ECF No. 46). The conference is now set for April 26, 2021, at 11:00 AM. (*Id.*)

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED.  The parties are still required to exchange initial disclosures no later than March 29, 2021, and to file scheduling conference statements no later than April 12, 2021. The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

Dated:  **February 12, 2021**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE